UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI DOST SOROSH, | No.  1:26-cv-00409-DAD-SCR (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS |
| MINGA WOFFORD, et al., | |
| Respondents. | (Doc. Nos. 1, 7) |

Petitioner is a federal immigration detainee proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 7.) Specifically, the assigned magistrate judge directed respondents to substantively address whether any provision of law or fact in this case would distinguish it from *Chavarria v. Chestnut*, No. 1:25-cv-01755-DAD-AC, 2025 WL 3533606 (E.D. Cal. Dec. 9, 2025), and respondents conceded that this case is not substantively distinguishable from *Chavarria*.  (*Id.* at 2–3.)  The pending findings and recommendations were served on the parties and contained notice that any

/////

1

objections thereto were to be filed within seven (7) days after service.  (*Id.* at 8.)  Neither party filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.   The findings and recommendations filed on February 6, 2026 (Doc. No. 7) are ADOPTED IN FULL;

2.   Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a.   Respondents are ORDERED to immediately release petitioner from their custody on the same conditions he was subject to prior to his recent detention;

   b.   Respondents are ENJOINED AND RESTRAINED from re-detaining petitioners unless they provide petitioners with written notice before a pre-deprivation bond hearing to be convened by a neutral decision maker, at which hearing respondents will bear the burden of demonstrating that petitioners are a flight risk or danger to the community;

   c.   Respondents are ordered to file a notice certifying compliance with the above provisions within two (2) days of this order; and

3.   The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **February 20, 2026**                    _____
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE

2